**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re:  Robert J. Preble & Sons, Inc.<br>         d/b/a Preble Fish Company,<br><br>                        Debtor<br>-------------------------------------------------<br>John C. Turner, Chapter 7 Trustee,<br><br>                        Plaintiff,<br>       v.<br><br>Cozy Harbor Seafood, Inc.,<br><br>                        Defendant. | ]<br>]<br>]<br>]<br>]  Case Number:  05-20111<br>]<br>]  Chapter:  07<br>]<br>]<br>]  Adv. Proc. No.:  06-2008<br>]<br>]<br>]<br>]<br>] |

## ANSWER OF DEFENDANT COZY HARBOR SEAFOOD, INC.

**NOW COMES** the Defendant, Cozy Harbor Seafood, Inc. ("Cozy Harbor"), by and through its undersigned counsel, and answers the Plaintiff's complaint as follows:

### JURISDICTION AND VENUE

1. The Defendant is without sufficient knowledge to form a belief as to the truth of the allegations co0ntained in paragraph 1 and therefore denies same.

2. The Defendant admits that this is a core proceeding.  The Defendant admits the other allegations contained in paragraph 2.

3. The Defendant admits the allegations contained in paragraph 3.

### THE PARTIES

4. The Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 4 and therefore denies same.

5. The Defendant admits that it is a creditor of the estate.  The Defendant denies the allegation concerning its principal place of business.

### ALLEGATIONS AND FACTUAL BACKGROUND

6. The Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 6 and therefore denies same.

7. The Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 7 and therefore denies same.

8. The Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 8 and therefore denies same.

9. The Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 9 and therefore denies same.

10. The Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 10 and therefore denies same.

11. The Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 11 and therefore denies same.

12. The Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 12 and therefore denies same.

13. The Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 13 and therefore denies same.

14. The Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 14 and therefore denies same.

15. The Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 15 and therefore denies same.

16. The Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 16 and therefore denies same.

17. The Defendant denies the allegations contained in paragraph 17.

18. The Defendant denies the allegations contained in paragraph 18.

19. The Defendant admits the allegations contained in paragraph 19.

20. The Defendant admits the allegations contained in paragraph 20.

21. The Defendant admits the allegations contained in paragraph 21.

**WHEREFORE**, the Defendant prays that the complaint be dismissed and that it be awarded its costs and attorney's fees.

## AFFIRMATIVE DEFENSES

1.     The Defendant is entitled to a credit for the amounts due and owing to it from the debtors or Plaintiff.

2.     The Defendant is entitled to set off against any claim the amounts due and owing to it from the debtors or Plaintiff.

3.     The Defendant may have a claim under 11 U.S.C.A. §502 (h) which should be allowed.

4.     The alleged transfers cannot be avoided because of 11 U.S.C.A. §541(c)(1), (2), and/or (4), or otherwise by law.


     **DATED** at Portland, Maine, this 9th day of February, 2006.


     /s/ Mark G. Furey_____
     Mark G. Furey, Esq.
     Attorney for Defendant
     Thompson Bull Furey Bass & MacColl
     120 Exchange Street, P.O. Box 447
     Portland, ME 04112-0447
     (207)-774-7600


## CERTIFICATE OF SERVICE

     I, Mark G. Furey, attorney for Cozy Harbor Seafood, Inc., do hereby certify that on February 9, 2006, I caused due service of the Answer of Defendant Cozy Harbor Seafood, Inc., to be made by filing the same using the Court's Electronic Case Filing system.


     /s/ Mark G. Furey_____
     Mark G. Furey, Esq.
     Attorney for Defendant
     Thompson, Bull, Furey, Bass &
     MacColl, LLC, P.A.
     120 Exchange Street,  P.O. Box 447
     Portland, ME  04112-0447
     (207) 774-7600